MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:                                ) Chapter 13
                                      )
SABRINA Q. PARKER,                    ) Bankruptcy No. 12-50405
                                      )
                                      )
                                      )
                                      )
            Debtor.                   )
_____) HON. STEPHEN L. JOHNSON

## MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:

__X__ 1. With respect to the monthly plan payments of $ _43.00 for 22 months then $1411 thereafter_____

those payments shall:

__X__ be suspended for the months of __payments will be suspended such that the plan is deemed current as of December 2016.__

____ be increased to $_____, effective_____

__X__ be decreased to $_100.00_____, effective_January 2017___

____ 2. With regard to secured claims:

____ to treat the claim(s) of additional creditors as secured, as follows:

| Creditor Name | Value of Collateral | Monthly Pmt (if fixed) | Interest Rate (must be specified) |
|---|---|---|---|

to change the treatment of certain secured claims as follows:

| Creditor Name | Value of Collateral | Monthly Pmt (if fixed) | Interest Rate (must be specified) |
|---|---|---|---|

___ to treat as unsecured, the claims of the following creditors which were previously treated as secured.

  X  3. With regard to general unsecured claims, to change the dividend paid:
   X  from a percentage plan of 14%       % to a percentage plan of 0%

   ___ from a pot plan* of $_____ to a pot plan* of $_____
   ___ from a percentage plan at_____ % to a pot plan* of $_____
   ___ from a pot plan* of $_____ to a percentage plan at_____%

   * A pot plan provides for a sum (as specified above) to be distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid.  The plan payments will continue at the highest monthly payment provided in the confirmed plan, as it may have been modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty (60) months of the date the first plan payment was due.

  X  4. Other modifications: A portion of Section 7 of the fourth amended plan filed on November 7, 2013 (Docket #63) and confirmed on November 27, 2013 (Docket #70) should be deleted.  The portion that should be deleted provides that unsecured creditors should receive no less than $48,910.31.

   5. Debtor's reasons for requesting the above modification are: The plan payment was sufficient to cover the arrearages on the first mortgage.  However once a loan modification was approved, Counsel for the debtor didn't modify the plan to lower the plan payment since the arrearages were built into the modification.

   6. The plan, if modified, would be completed within sixty (60) months from the date the first payment is due.

WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above.

Dated: 12/13/2016      /s/ Renee C. Mendoza
Rev. 2/05              Attorney for Debtor(s)
                       Cathleen Cooper Moran / Renée C. Mendoza
                       Moran Law Group, Inc.
                       1674 N. Shoreline Blvd., Ste.140., Mt. View, CA 94043
                       (650) 694-4700